UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KIM BERNUCHAUX** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 12-2813** |
| **BURL CAIN, WARDEN** | * | **SECTION "I" (2)** |

### **O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Kim Bernuchaux, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Kim Bernuchaux for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 19th day of August, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE